

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00061-CV

**EX PARTE DAN LAMAR COGDELL**,
Appellant

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCM-18-0000259
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On March 18, 2019, the trial court granted a motion for new trial. "When a motion for new trial is granted, the case shall be reinstated upon the docket of the trial court and stand for trial the same as though no trial had been had." *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005) (internal quotations omitted). It is ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed as moot. *See* TEX. R. APP. P. 42.3(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court